August 13, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

KERRY A. KILBURN AND CYNTHIA H. KILBURN, Appellants

NO. 14-13-00011-CV                V.

FORT BEND COUNTY DRAINAGE DISTRICT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Fort Bend County Drainage District, signed December 11, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Fort Bend County Drainage District.

We further order this decision certified below for observance.